**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NIGEL DEDIEECE CARTER,      :    No. 136 MM 2022
:
            Petitioner           :
:
:
            v.               :
:
:
PENNSYLVANIA PAROLE BOARD,    :
:
            Respondent       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of March, 2023, the Application for Leave to File Original

Process is GRANTED, and the Application for an Immediate Hearing and the Petition for

Writ of Habeas Corpus are DENIED.